IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**TIMOTHY R. STEHN,**

    Plaintiff,

    v.                                   No. 7:12-MC-1 (HL)

**DEPARTMENT OF DEFENSE,**

    Defendant.

## ORDER

Upon review of this case, the Court has become aware that Plaintiff Timothy R. Stehn did not properly serve the Department of Defense. Thus, Mr. Stehn is directed to serve the Department of Defense in accordance with paragraph three of the Notice to Customer (Doc. 1, p. 2). Paragraph three provides that anyone objecting to the release of his or her financial information must:

> [s]erve the Government authority requesting the records by mailing (by registered mail or certified mail) or by delivering a copy of your motion or sworn statement to: Inspector General of the Department of Defense, c/o DOD IG Subpoena Program Manager, 4800 Mark Center Drive, Suite 11H25, West Tower, Alexandria, VA 22350-1500.

In spite of the deadlines given in the Notice to Customer, Mr. Stehn has ten days from the date of this Order to mail his motion and sworn statement to the Inspector General in Virginia. After mailing as directed under paragraph

three, Mr. Stehn is ordered to file a certificate of service with this Court to confirm his compliance with the Court's order.

**SO ORDERED,** this 7th day of June, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr